**Order entered December 19, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00588-CV

## TRANSCONTINENTAL REALTY INVESTORS, INC., Appellant

## V.

## ORIX CAPITAL MARKETS LLC, ET AL., Appellees

### On Appeal from the 134th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. 11-15428

## ORDER

We **GRANT** appellant's December 17, 2014 second motion for an extension of time to file a reply brief. We **ORDER** the reply brief tendered to this Court by appellant on December 16, 2014 filed as of the date of this order.

/s/     ELIZABETH LANG-MIERS
           JUSTICE